RECEIVED
SDNY PRO SE OFFICE
2021 JUL 13  AM 10: 30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER ADAM THOMAS, <br> Plaintiff, <br> —against— <br> JANSSEN PHARMACEUTICALS, INC., <br> JANSSEN RESEARCH AND DEVELOPMENT, LLC, <br> JOHNSON & JOHNSON, <br> McKESSON CORPORATION, <br> Defendants. | _____ CV _____ <br><br> COMPLAINT |

## I. THE PARTIES TO THIS COMPLAINT

### A. Plaintiff

TYLER ADAM THOMAS
223 East 4th St. – Suite 20
Port Angeles, Clallam County
Washington, 98362

### B. Defendants

(1)   JANSSEN PHARMACEUTICALS, INC.

TYLER A. THOMAS
223 East 4th St. – Suite 20
Port Angeles, WA 98362

COMPLAINT

(2) JANSSEN RESEARCH AND DEVELOPMENT, LLC

(3) JOHNSON & JOHNSON

(4) McKESSON CORPORATION

## II. BASIS FOR JURISDICTION

A. Under 28 U.S.C. §1332, a case in which a citizen of one state sues a corporation of another state and the amount at stake is more than $75,000.00 is a diversity of citizenship case.

    1. The Plaintiff TYLER ADAM THOMAS is a citizen of the State of Washington.

    2. The Defendants are corporations; incorporated under the laws of the State of Delaware, and has its principal place of business in the State of Delaware. However, the District Court has decided in this multidistrict litigation case to be filed in the Southern District of New York.

    3. The amount in controversy is more than $75,000.00, not counting interest and costs of court, because of punitive damages due to negligence, strict product liability, failure to warn, breach of express warranty, and violation of New York General Bus-

iness Laws §§ 349 and 350.

## III. STATEMENT OF CLAIM

¶1  The defendants knowingly, with malice and intent, deceived the Plaintiff by offering Risperidal© to the plaintiff for a diagnosed mental health disorder causing severe side effects from on or around July 2014 until January 2021. Over a seven year period, the plaintiff was compelled by prescription to suffer the side effects of a product known by its producer to cause severe side effects.

¶2  The plaintiff had to pay for his prescription, the visits to receive his dose, and the problems caused by Risperidal©.

## IV. RELIEF

¶3  The Plaintiff has suffered extensive physical, mental, and emotional trauma due to being prescribed Risperidal© and seeks $1,000,000$^{00}$ in punitive damages for the complications arising from seven years of use of the Defendants product.

## V. CERTIFICATION AND CLOSING

¶4  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) Is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying,

or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

¶5  I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

11 June 2021

*Tyler Thomas*

TYLER A. THOMAS

Name: TYLER A. THOMAS
223 E 4th Street – Suite 20
Port Angeles, WA 98362

This mail is from an inmate incarcerated in the Clallam County Corrections Facility

USM SDNY

LEGAL MAIL
TACOMA WA 983
TACOMA WA 983
OLYMPIA WA
6 JUL 2021 PM 4
SDNY PRO SE

CLERK'S OFFICE
U.S. DISTRICT COURT
S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007-1312

Pro Se JVR